89 A.3d 583

IN THE MATTER OF REUEL E. TOPAS, AN ATTORNEY AT LAW (ATTORNEY NO. 041301989).

May 16, 2014.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 13–266, concluding that the violations by **REUEL E. TOPAS** of **LAKEWOOD,** who was admitted to the bar of this State in 1989, of *RPC* 1.15(b) (failure to promptly deliver to a third person any funds that the person is entitled to receive), and *R.* 1:21–6 and *RPC* 1.15(d) (recordkeeping violations) are *de minimis* and undeserving of formal discipline and that the formal complaint in Docket No. XIV–2011–0644E therefore should be dismissed, and good cause appearing;

It is ORDERED that the formal complaint against **REUEL E. TOPAS** in Docket No. XIV–2011–0644E is hereby dismissed.